UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 1 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MARTIN LEON-BRIVIESCA,

    Petitioner,

v.

PAMELA BONDI, Attorney General,

    Respondent.

No. 17-73108

Agency No. A038-754-220

JESUS ADAME GARCIA,

    Petitioner,

v.

PAMELA BONDI, Attorney General,

    Respondent.

No. 16-71147

Agency No. A095-972-973

ROBERTO DIAZ-BOYZO, AKA Roberto Diaz-Orozco,

    Petitioner,

v.

PAMELA BONDI, Attorney General,

    Respondent.

No. 17-72894

Agency No. A090-435-505

| | |
|---|---|
| HECTOR FUENTES-RAMOS,<br><br>        Petitioner,<br><br>v.<br><br>PAMELA BONDI, Attorney General,<br><br>        Respondent. | Nos. 18-70434, 19-70435<br><br>Agency No. A088-752-466 |
| JESUS GONZALEZ-GODINEZ,<br><br>        Petitioner,<br><br>v.<br><br>PAMELA BONDI, Attorney General,<br><br>        Respondent. | No. 19-71322<br><br>Agency No. A076-716-413<br><br>ORDER |

      The court heard argument in 17-73108, *Leon-Briviesca v. Bondi*, in January 2021, then placed the case in abeyance pending a decision in 13-73719, *Diaz-Rodriguez v. Bondi*, in September 2021.

      The Supreme Court vacated the decision in 13-73719, *Diaz-Rodriguez*, and remanded for further consideration in light of *Loper Bright Enterprises v. Raimondo*, 603 U.S. 369 (2024), in August 2024. This court then placed the case in abeyance pending resolution of a motion to reopen and terminate proceedings before the agency.

The court has since terminated en banc proceedings in 13-73719, *Diaz-Rodriguez*, and relinquished priority over the question whether a conviction for child endangerment under California Penal Code § 273a(a) is "a crime of child abuse, child neglect, or child abandonment" under 8 U.S.C. § 1227(a)(2)(E)(i).

In turn, the abeyance has been lifted in 17-73108, *Leon-Briviesca*, and supplemental briefing is nearly complete. Judge Bumatay was drawn to replace Judge Watford, and the case is now assigned to Judges Callahan, Bumatay, and Rakoff.

The panel will hear argument in 17-73108, *Leon-Briviesca* during the week of January 12, 2026, in Pasadena. At the same time, the panel will hear argument in four other cases raising related issues: 16-71147, *Adame Garcia v. Bondi*, 17-72894, *Diaz-Boyzo v. Bondi*, 18-70434+, *Fuentes-Ramos v. Bondi*, and 19-71322, *Gonzalez-Godinez v. Bond*.

The exact date and time will be set in a future order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT